IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN MARTIN, § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO.: |
| DIVERSICARE MANAGEMENT § SERVICES CO., INC., d/b/a CANTERBURY HEALTH FACILITY, § and/or FICTITIOUS DEFENDANTS A, B, C, D, and E, whether singular or § plural, that nursing home facility, and/or its employee, which undertook to provide § medical services to the Plaintiff on the occasion made the basis of this suit, the § negligence, breach of contract or other actionable conduct which contributed to § cause the damages to Plaintiff complained of in this civil action, § | 3:08CV156-1 |
| Defendants. § | |

**NOTICE OF REMOVAL TO**
**UNITED STATES DISTRICT COURT BY DEFENDANTS**

COMES NOW Defendant Diversicare Leasing Corporation, d/b/a Canterbury Health Facility (incorrectly identified in Plaintiff's complaint as Diversicare Management Services Co., Inc. d/b/a Canterbury Health Facility, and hereinafter referred to as "Defendant"), by and through its counsel, and files this Notice of Removal of the above cause of action to the United States District Court for the Middle District of Alabama (Eastern Division), and in support thereof respectfully shows unto the Court as follows:

1. Upon information and belief, on or about January 28, 2008, Plaintiff Lillian Martin

("Plaintiff") commenced a civil action by filing a Complaint in the Circuit Court of Russell County, State of Alabama, against this Defendant and other fictitious parties, entitled *"Lillian Martin, Plaintiff, v. Diversicare Management Services Co., Inc., d/b/a Canterbury Health Facility, and/or Fictitious Defendants A, B, C, D, and E, whether singular or plural, that nursing home facility, clinic or other health care facility, and/or its employee, which undertook to provide medical services to the Plaintiff on the occasion made the basis of this suit, the negligence, breach of contract or other actionable conduct of which contributes to cause the damages to the Plaintiff complained of in this civil action, Defendants,"* (the "Circuit Court Action"). The Circuit Court Action was assigned number CV-2008-038.

2. A civil summons and the complaint were served on Defendant on February 5, 2008. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Russell County, Alabama court file, including all process and pleadings, is attached hereto as Exhibit "A."

3. The United States District Court for the Middle District of Alabama, Eastern Division, embraces Russell County, the place where the state court action is pending.

4. The causes of action asserted by Plaintiff in her complaint include those over which this Court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441. Plaintiff

alleges in her complaint that she is and was at all times relevant to this action a resident of Muscogee County, Georgia. Plaintiff further alleges that Defendant is a business being operated in Phenix City, Russell County, Alabama. Therefore, complete diversity of citizenship exists between the parties.

5. Defendant Diversicare Leasing Corporation (incorrectly identified in Plaintiff's complaint as Diversicare Management Services Co., Inc.) does business in Alabama as Canterbury Health Facility. Diversicare Leasing Corporation was incorporated in Tennessee and is qualified to do business in Alabama. Because Plaintiff is a resident of Georgia, complete diversity of citizenship exists between the parties.

6. While the complaint names certain fictitious parties as defendants, the citizenship of fictitious parties is disregarded for purposes of removal. 28 U.S.C. 1441(a); Harris v. Beaulieu Group, LLC, 394 F.Supp.2d 1348, 1351 (M.D. Ala. 2005). Therefore, the complete diversity of citizenship between Plaintiff and Defendant is not affected by the presence of fictitious defendants.

7. Plaintiff alleges that Defendant's "reckless and negligent" conduct caused "severe damages" Plaintiff. Specifically, the complaint alleges that Defendant's caused Plaintiff to fall to the floor, suffer a broken hip, and have to undergo surgery, for a second time, to repair said hip. The complaint expressly seeks "compensatory and punitive damages," and alleges that Plaintiff's injuries include: medical expenses for physician's fees and prescription medication; a broken hip; a second surgery to

repair the hip; soft tissue injuries to Plaintiff's neck and back; bruises and contusions on various parts of Plaintiff's body; physical pain and suffering; emotional distress; and mental anguish. Although the complaint does not claim a specific amount of damages, removal is proper because it is facially apparent from the complaint that the amount in controversy exceeds $75,000.00. <u>Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir. 2001)</u>. Therefore, the amount in controversy requirement for removal is satisfied.

8. This Notice of Removal is timely filed pursuant to <u>28 U.S.C. § 1446(b)</u> because it is filed within 30 days of the service of the complaint on Defendant on February 5, 2008.

9. Pursuant to <u>28 U.S.C. § 1446(d)</u>, a written notice of the filing of this Notice of Removal is being given to Plaintiff as certified below.

10. Pursuant to <u>28 U.S.C. § 1446(d)</u>, a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Russell County, State of Alabama, the Court in which the Circuit Court Action was filed.

11. In filing this Notice of Removal, Defendant does not waive any defense or counterclaim that may be available to it.

WHEREFORE, Defendant Diversicare Leasing Corporation d/b/a Canterbury Health Facility respectfully requests that the above action now pending in the Circuit Court of Russell County, State of Alabama, be removed therefrom and proceed in this

Court as an action duly removed.

Respectfully submitted this 5th day of March, 2008.

>A. Edwin Stuardi
>Lacey D. Smith
>Attorneys for Canterbury Health Facility
>
>ARMBRECHT JACKSON LLP
>Post Office Box 290
>Mobile, Alabama 36601
>Telephone:  (251) 405-1300
>Facsimile:  (251) 432-6843
>
>_____
>LACEY D. SMITH (ASB-8194-L64D)
>lds@ajlaw.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have on March 5th, 2008, served a copy of the foregoing pleading on:

>Dana P. Gentry, Esq. (GEN008)
>P.O. Box 2369
>Phenix City, Alabama 36868-2369
>(334) 297-5640

by mailing same by United States mail, properly addresses and first class postage prepaid.

_____
Lacey D. Smith

5

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2008 038 - <br>Date of Filing:  01 28 2008   Judge Code: JHH072<br>Month  Day  Year |
|---|---|---|

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____Russell_____, ALABAMA
(Name of County)

_____Lillian Marth_____ v. _____Diversicare Management Services Co., Inc. et al_____
**Plaintiff**                                           **Defendant**

First Plaintiff: ☐ Business  ☒ Individual       First Defendant: ☒ Business  ☐ Individual
             ☐ Government ☐ Other                            ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☒ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☒ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER: _____
                         R ☐ REMANDED           T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☒ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** GEP008    Date: 1/28/08    Signature of Attorney/Party filing this form: [signature]

**MEDIATION REQUESTED:** ☐ YES  ☒ NO  ☐ UNDECIDED

[Stamp: FILED IN OFFICE 2008 JAN 28 PM 4:32 CIRCUIT/DIST. COURT RUSSELL CO. AL]

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
TWENTY-SIXTH JUDICIAL CIRCUIT

| | |
|---|---|
| LILLIAN MARTIN,<br>    Plaintiff,<br><br>vs.<br><br>DIVERSICARE MANAGEMENT<br>SERVICES CO., INC., d/b/a<br>CANTERBURY HEALTH FACILITY,<br>and/or FICTITIOUS DEFENDANTS A,<br>B, C, D, and E, whether singular or<br>plural, that nursing home facility,<br>clinic or other health care facility, and/or<br>its employee, which undertook to provide<br>medical services to the Plaintiff on the<br>occasion made the basis of this suit, the<br>negligence, breach of contract or other<br>actionable conduct of which contributed<br>to cause the damages to the Plaintiff<br>complained of in this civil action,<br>    Defendants, | CIVIL ACTION FILE<br><br>NO.: CV-2008- 038 |




## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff in the above-styled cause, **LILLIAN MARTIN**, by and through her attorney of record, Dana P. Gentry, and files this Complaint for Damages against Defendant, **DIVERSICARE MANAGEMENT SERVICES CO., INC. d/b/a CANTERBURY HEALTH FACILITY**, and shows unto this Honorable Court as follows:

1. Plaintiff, **LILLIAN MARTIN**, is a resident Muscogee County, State of Georgia, and was a resident at all times pertinent to this Complaint. The Plaintiff submits herself to the jurisdiction and venue of this Court.

2. Defendant, **DIVERSICARE MANAGEMENT SERVICES CO., INC., d/b/a CANTERBURY HEALTH FACILITY** is a business being operated in Phenix City, Russell County, Alabama, and is therefore subject to the jurisdiction and venue of this court. The Defendant may be served with a copy of this Complaint *VIA PERSONAL SERVICE* to its registered agent,

   **NATIONAL REGISTERED AGENTS, INC., 150 SOUTH PERRY STREET, MONTGOMERY, ALABAMA 36104.**

3. That **Fictitious Defendants A, B, C, D, and E** are those employees, staff members, and/or caregivers that, to the best knowledge of the Plaintiff, were employed by the Defendant, Canterbury Health Facility, and who negligently, recklessly, and directly caused the injuries and damages complained of in this action.

4. That, at the time of the incident, Fictitious Defendants A, B, C, D, and E, were employed by the Defendant, Canterbury Health Facility. Fictitious Defendants A, B, C, D, and E were employees and agents of Canterbury Health Facility and acting within the scope of their employment at the time of said incident.

5. That jurisdiction and venue are proper in Russell County, Alabama, because the basis of the lawsuit is an injury that was sustained by the Plaintiff at the Canterbury Health Facility, which is a business being operated in Russell County, Alabama.

6. On or about January 26, 2006, the Plaintiff was a resident at the Defendants facility. The Plaintiff had been sitting in a chair and a staff member was helping her back to her bed when, as a direct result of the Defendants negligence, the Plaintiff fell to the floor, fracturing her hip. The Defendant negligent and reckless actions caused severe damages to the Plaintiff.

7. As a proximate result of the Defendant's negligence and/or recklessness, Plaintiff was caused to suffer the following damages and injuries:

  a. Plaintiff was caused to incur expenses for physicians' fees and prescription medication;

  b. Plaintiff suffered a broken hip and had to undergo surgery, for a second time, to repair said hip;

  c. Plaintiff suffered soft tissue injuries to her neck and back, and was otherwise bruised and contused on other and various parts of her body;

    d. Plaintiff was caused physical pain and suffering from said injuries; and

    e. Plaintiff suffered emotional distress and mental anguish from said injuries as a result of the Defendants negligence and/or recklessness.

8. Plaintiff claims compensatory and punitive damages from Defendant due to the Defendants reckless and negligent conduct.

WHEREFORE, Plaintiff demands judgment against Defendant in a sum to be determined by this Court not, representing both compensatory and punitive damages, plus attorney's fees and court costs.

RESPECTFULLY submitted this 28 day of January, 2008.

_____
Dana P. Gentry
Attorney for Plaintiff
Alabama Bar No.: GEN008

Dana P. Gentry, Lawyer
P.O. Box 2369
Phenix City, AL 36868-2369
334/297-5640

STATE OF ALABAMA,
COUNTY OF LEE.

## VERIFICATION

The undersigned says she is the Plaintiff in the foregoing Complaint and that the facts contained in this are true and correct to the best of her knowledge and belief.

This 28 day of January, 2008.

*Lillian Martin*
LILLIAN MARTIN, Plaintiff

STATE OF ALABAMA,
COUNTY OF LEE.

Before me, the undersigned Notary Public for the foregoing County and State, personally appeared LILLIAN MARTIN, who first being duly sworn, says that the facts stated herein are true and correct to the best of her information and belief.

Sworn to and subscribed before me this 28th day of January, 2008.

Notary Public
My Commission Expires Feb. 19, 2011      (SEAL)

Dana P. Gentry, Lawyer
P.O. Box 2369
Phenix City, AL 36868-2369
334/297-5640

Case 3:08-cv-00156-MHT-TFM   Document 1-2   Filed 03/05/2008   Page 7 of 9



```
AVS0300                     ALABAMA JUDICIAL DATA CENTER
                                RUSSELL      COUNTY

                                    SUMMONS
                                                          CV 2008 000038.00
                                                          ALBERT L. JOHNSON

              IN THE CIRCUIT COURT OF RUSSELL         COUNTY
  LILLIAN MARTIN  VS. DIVERSICARE MANAGEMENT SERVICES CO., ET AL

     SERVE ON: (D001)

                                      PLAINTIFF'S ATTORNEY

  DIVERSICARE MANAGEMENT SERVICE      GENTRY DANA P
  CANTERBURY HEALTH FACILTY           5009 RIVERCHASE DR
  150 SO PERRY ST                     BUILDING 300 STE A
  MONTGOMERY   ,AL  36104-0000        PHENIX CITY  ,AL 36867-0000

  TO THE ABOVE NAMED DEFENDANT:
  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
  TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
  REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
  ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
  ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
  AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
  ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
  YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.


  (X)  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
       COMPLAINT IN THIS ACTION UPON DEFENDANT.

  ( )  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
       OF THE ALABAMA RULES OF CIVIL PROCEDURE.

  DATE: 01/29/2008               CLERK:KATHY COULTER           BY:
                                       PO BOX 518
                                       PHENIX CITY AL  36868-0510
                                       (334)298-0516


     RETURN ON SERVICE:

  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)

  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

  _____     _____
  DATE                                SERVER SIGNATURE

  _____     _____
  SERVER ADDRESS                      TYPE OF PROCESS SERVER


OPERATOR: JBC
PREPARED: 01/29/2008
```

EXECUTED BY SERVING
A COPY OF THE WITHIN

Diversicare Management Services

Ms. Russell

This the 5 day of Feb 08
D. T. MARSHALL
Sheriff Montgomery County
By _____
Civil Process Server

670

12:30

2008 FEB 11 PM 2:05
CIRCUIT/DIST. COURT
RUSSELL CO.
FILED IN OFFICE



## AlaFile E-Notice

57-CV-2008-000038.00
Judge: ALBERT L JOHNSON

To: GENTRY DANA P
dana@danagentry.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

LILLIAN MARTIN VS. DIVERSICARE MANAGEMENT SERVICES CO., ET AL
57-CV-2008-000038.00

The following matter was served on 2/5/2008

D001 DIVERSICARE MANAGEMENT SERVI

SERVED PERSONALLY

KATHY S. COULTER
CIRCUIT COURT CLERK
RUSSELL COUNTY, ALABAMA
POST OFFICE BOX 518
PHENIX CITY, AL 36868

334-298-0516
kathy.coulter@alacourt.gov

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004181
Cashier ID: brobinso
Transaction Date: 03/05/2008
Payer Name: ARMBRECHT JACKSON LLP
------------------------------------
CIVIL FILING FEE
 For: ARMBRECHT JACKSON LLP
 Case/Party: D-ALM-3-08-CV-000156-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 94008
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:        $0.00

MARTIN V. DIVERSICARE
```