IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LILLIAN MARTIN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO.:** |
| **DIVERSICARE MANAGEMENT** § | **3:08-cv-00156-TFM** |
| **SERVICES CO., INC., d/b/a** | |
| **CANTERBURY HEALTH FACILITY,** § | |
| and/or FICTITIOUS DEFENDANTS A, | |
| B, C, D, and E, whether singular or § | |
| plural, that nursing home facility, and/or | |
| its employee, which undertook to provide § | |
| medical services to the Plaintiff on the | |
| occasion made the basis of this suit, the § | |
| negligence, breach of contract or other | |
| actionable conduct which contributed to § | |
| cause the damages to Plaintiff complained | |
| of in this civil action, § | |
| § | |
| Defendants. § | |

**JURY DEMAND**

COMES NOW Diversicare Leasing Corporation d/b/a Canterbury Health Facility and demands trial by jury on all issues in the Complaint and all affirmative defenses thereto.

Respectfully submitted this 6th day of March, 2008.

          ARMBRECHT JACKSON LLP
          Post Office Box 290
          Mobile, Alabama 36601
          Telephone:   (251) 405-1300
          Facsimile:    (251) 432-6843


          /s/   A. Edwin Stuardi
          A. EDWIN STUARDI (STUAA0373)
          aes@ajlaw.com

          /s/   Lacey D. Smith
          LACEY D. SMITH (SMITL8194)
          lds@ajlaw.com

          Attorneys for Defendant Canterbury Health
          Facility


## CERTIFICATE OF SERVICE

    I do hereby certify that I have on March 6th, 2008, served a copy of the foregoing pleading on:

        Dana P. Gentry, Esq. (GEN008)
        P.O. Box 2369
        Phenix City, Alabama 36868-2369
        (334) 297-5640

by mailing same by United States mail, properly addresses and first class postage prepaid.

          /s/   A. Edwin Stuardi
          A. Edwin Stuardi