IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN MARTIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO.: |
| DIVERSICARE MANAGEMENT § | 3:08-cv-00156-TFM |
| SERVICES CO., INC., d/b/a | |
| CANTERBURY HEALTH FACILITY, § | |
| and/or FICTITIOUS DEFENDANTS A, | |
| B, C, D, and E, whether singular or § | |
| plural, that nursing home facility, and/or | |
| its employee, which undertook to provide § | |
| medical services to the Plaintiff on the | |
| occasion made the basis of this suit, the § | |
| negligence, breach of contract or other | |
| actionable conduct which contributed to § | |
| cause the damages to Plaintiff complained | |
| of in this civil action, § | |
| § | |
| Defendants. § | |

## MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

COMES NOW Defendant, Diversicare Leasing Corporation d/b/a Canterbury Health Facility (incorrectly identified in Plaintiff's complaint as Diversicare Management Services Co., Inc. d/b/a Canterbury Health Facility, and hereinafter referred to as "Defendant"), and moves the Court as follows:

1. To dismiss the Complaint and each and every cause of action stated therein as it fails to state a claim upon which relief can be granted; a copy of the Plaintiff's is

attached as Exhibit "A";

2. To dismiss the Complaint as its allegations fail to comply with Ala. Code § 6-5-551, requiring a "detailed specification and factual description of each act or omission alleged by plaintiff to render the health care provider liable to plaintiff";

3. To require a more definite statement by the Plaintiff setting forth a detailed specification and factual description of each act or omission alleged by the Plaintiff to render this Defendant allegedly liable to the Plaintiff.

Respectfully submitted this 12th day of March, 2008.

                A. Edwin Stuardi, III
                Lacey D. Smith

                ARMBRECHT JACKSON LLP
                Post Office Box 290
                Mobile, Alabama 36601
                Telephone:  (251) 405-1300
                Facsimile:   (251) 432-6843


                      /s/   Lacey D. Smith
                LACEY D. SMITH (ASB-8194-L64D)
                lds@ajlaw.com

                Attorneys for Defendant Canterbury Health Facility

## CERTIFICATE OF SERVICE

I do hereby certify that I have on March 12th, 2008, served a copy of the foregoing pleading on:

>Dana P. Gentry, Esq. (GEN008)
>P.O. Box 2369
>Phenix City, Alabama 36868-2369
>(334) 297-5640

by electronic filing and mailing same by United States mail, properly addresses and first class postage prepaid.

                              /s/   Lacey D. Smith
                              Lacey D. Smith

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
TWENTY-SIXTH JUDICIAL CIRCUIT

| | |
|---|---|
| LILLIAN MARTIN,<br>Plaintiff,<br><br>vs.<br><br>DIVERSICARE MANAGEMENT SERVICES CO., INC., d/b/a CANTERBURY HEALTH FACILITY, and/or FICTITIOUS DEFENDANTS A, B, C, D, and E, whether singular or plural, that nursing home facility, clinic or other health care facility, and/or its employee, which undertook to provide medical services to the Plaintiff on the occasion made the basis of this suit, the negligence, breach of contract or other actionable conduct of which contributed to cause the damages to the Plaintiff complained of in this civil action,<br>Defendants, | CIVIL ACTION FILE<br><br>NO.: CV-2008- 038   |

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff in the above-styled cause, **LILLIAN MARTIN**, by and through her attorney of record, Dana P. Gentry, and files this Complaint for Damages against Defendant, **DIVERSICARE MANAGEMENT SERVICES CO., INC. d/b/a CANTERBURY HEALTH FACILITY**, and shows unto this Honorable Court as follows:

1. Plaintiff, **LILLIAN MARTIN**, is a resident Muscogee County, State of Georgia, and was a resident at all times pertinent to this Complaint. The Plaintiff submits herself to the jurisdiction and venue of this Court.

2. Defendant, **DIVERSICARE MANAGEMENT SERVICES CO., INC., d/b/a CANTERBURY HEALTH FACILITY** is a business being operated in Phenix City, Russell County, Alabama, and is therefore subject to the jurisdiction and venue of this court. The Defendant may be served with a copy of this Complaint *VIA PERSONAL SERVICE* to its registered agent,

NATIONAL REGISTERED AGENTS, INC., 150 SOUTH PERRY STREET, MONTGOMERY, ALABAMA 36104.

3. That **Fictitious Defendants A, B, C, D, and E** are those employees, staff members, and/or caregivers that, to the best knowledge of the Plaintiff, were employed by the Defendant, Canterbury Health Facility, and who negligently, recklessly, and directly caused the injuries and damages complained of in this action.

4. That, at the time of the incident, Fictitious Defendants A, B, C, D, and E, were employed by the Defendant, Canterbury Health Facility. Fictitious Defendants A, B, C, D, and E were employees and agents of Canterbury Health Facility and acting within the scope of their employment at the time of said incident.

5. That jurisdiction and venue are proper in Russell County, Alabama, because the basis of the lawsuit is an injury that was sustained by the Plaintiff at the Canterbury Health Facility, which is a business being operated in Russell County, Alabama.

6. On or about January 26, 2006, the Plaintiff was a resident at the Defendants facility. The Plaintiff had been sitting in a chair and a staff member was helping her back to her bed when, as a direct result of the Defendants negligence, the Plaintiff fell to the floor, fracturing her hip. The Defendant negligent and reckless actions caused severe damages to the Plaintiff.

7. As a proximate result of the Defendant's negligence and/or recklessness, Plaintiff was caused to suffer the following damages and injuries:

   a. Plaintiff was caused to incur expenses for physicians' fees and prescription medication;

   b. Plaintiff suffered a broken hip and had to undergo surgery, for a second time, to repair said hip;

   c. Plaintiff suffered soft tissue injuries to her neck and back, and was otherwise bruised and contused on other and various parts of her body;

    d. Plaintiff was caused physical pain and suffering from said injuries; and

    e. Plaintiff suffered emotional distress and mental anguish from said injuries as a result of the Defendants negligence and/or recklessness.

8. Plaintiff claims compensatory and punitive damages from Defendant due to the Defendants reckless and negligent conduct.

WHEREFORE, Plaintiff demands judgment against Defendant in a sum to be determined by this Court not, representing both compensatory and punitive damages, plus attorney's fees and court costs.

RESPECTFULLY submitted this 28 day of January, 2008.

                                              Dana P. Gentry
                                              Attorney for Plaintiff
                                              Alabama Bar No.: GEN008

Dana P. Gentry, Lawyer
P.O. Box 2369
Phenix City, AL 36868-2369
334/297-5640

STATE OF ALABAMA,
COUNTY OF LEE.

### VERIFICATION

The undersigned says she is the Plaintiff in the foregoing Complaint and that the facts contained in this are true and correct to the best of her knowledge and belief.

This 28 day of January, 2008.

_Lillian Martin_
LILLIAN MARTIN, Plaintiff


STATE OF ALABAMA,
COUNTY OF LEE.

Before me, the undersigned Notary Public for the foregoing County and State, personally appeared **LILLIAN MARTIN**, who first being duly sworn, says that the facts stated herein are true and correct to the best of her information and belief.

Sworn to and subscribed before me this 28th day of January, 2008.

_____
Notary Public
My Commission Expires Feb. 19, 2011          (SEAL)


Dana P. Gentry, Lawyer
P.O. Box 2369
Phenix City, AL 36868-2369
334/297-5640