IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN MARTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-156-TFM |
| ) | |
| DIVERSICARE LEASING ) | |
| CORPORATION d/b/a ) | |
| CANTERBURY HEALTH FACILITY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Clerk of Court is hereby **DIRECTED** to substitute "Diversicare Leasing Corporation d/b/a Canterbury Health Facility" in place of "Diversicare Management Services Co., Inc. d/b/a Canterbury Health Facility." This instruction shall have no impact on the Fictitious Defendants A, B, C, D, and E.

Further, the parties are instructed to use the above style which reflects the corrected defendant name.

DONE this 13th day of March, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE