IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN MARTIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:08-cv-156-TFM |
| | ) |
| DIVERSICARE LEASING CORPORATION d/b/a CANTERBURY HEALTH FACILITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of review of Defendant's *Motion to Dismiss, or In the Alternative, Motion for a More Definite Statement* (Doc. 5, filed March 12, 2008), it is hereby **ORDERED** that the motion be submitted without oral argument on **April 11, 2008.**

It is further **ORDERED** that Plaintiff file a response which shall include a brief and evidentiary materials on or before **April 4, 2008**. Defendant may file a reply brief on or before **April 11, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 13th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE