IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LILLIAN MARTIN, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | 3:08-cv-00156-TFM |
| | § | |
| DIVERSICARE LEASING CORPORATION d/b/a CANTERBURY HEALTH FACILITY, and/or FICTITIOUS DEFENDANTS A, B, C, D, and E, whether singular or plural, that nursing home facility, and/or its employee, which undertook to provide medical services to the Plaintiff on the occasion made the basis of this suit, the negligence, breach of contract or other actionable conduct which contributed to cause the damages to Plaintiff complained of in this civil action, | § § § § § § § § | |
| Defendants. | § | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Diversicare Leasing Corporation d/b/a Canterbury Health Facility, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Defendant Diversicare Leasing Corporation d/b/a Canterbury Health Facility is a

Tennessee corporation that is qualified to do business in Alabama, Arkansas, Florida, Kentucky, North Carolina, Ohio, Texas, and West Virginia.

2. The following entities and their relationship to the Defendant are hereby reported:

| Reportable Entity | Relationship to Defendant |
|---|---|
| Diversicare Hartford, LLC | Subsidiary |
| Diversicare Windsor, LLC | Subsidiary |
| Advocat Finance, Inc. | Direct Parent |
| Advocat Ancillary Services, Inc. | Indirect Sister Corporation |
| Diversicare Management Services Co. | Indirect Parent |
| Advocat, Inc. | Indirect Parent |

Respectfully submitted this 19th day of March, 2008,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1300
Facsimile: (251) 432-6843

/s/ A. Edwin Stuardi
A. EDWIN STUARDI (STUAA0373)
aes@ajlaw.com

/s/ Lacey D. Smith
LACEY D. SMITH (SMITL8194)
lds@ajlaw.com

Attorneys for Defendant Canterbury Health Facility

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have on March 19th, 2008, served a copy of the foregoing pleading on:

>Dana P. Gentry, Esq. (GEN008)
>P.O. Box 2369
>Phenix City, Alabama 36868-2369
>(334) 297-5640

by mailing same by United States mail, properly addresses and first class postage prepaid.

>/s/   A. Edwin Stuardi
>A. Edwin Stuardi