**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

March 26, 2008

# NOTICE OF REASSIGNMENT

RE:   Martin v. Diversicare Leasing Corporation d/b/a Canterbury Health

   Civil Action No. 3:08cv156-TFM

The above-styled case has been reassigned to District Judge Myron H. Thompson. Please note that the number case number will be 3:08cv156-MHT.

Sincerely,

Sheryl K. Lent
Deputy Clerk