UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LILLIAN MARTIN, | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION FILE |
| vs. | * | |
| | * | NO.: 3:08-CV-156-T |
| DIVERSICARE LEASING | * | |
| CORPORATION, d/b/a CANTERBURY | * | |
| HEALTH FACILITY, and/or | * | |
| FICTITIOUS DEFENDANTS A, B, C, D, | * | |
| and E, whether singular or plural, that | * | |
| nursing home facility, clinic or other | * | |
| health care facility, and/or its employee, | * | |
| which undertook to provide medical | * | |
| services to the Plaintiff on the occasion | * | |
| made the basis of this suit, the negligence, | * | |
| breach of contract or other actionable | * | |
| conduct of which contributed to cause the | * | |
| damages to the Plaintiff complained of in | * | |
| this civil action, | * | |
| Defendants, | * | |
| | * | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## MOTION TO FOR MORE DEFINITE STATEMENT

COMES NOW the Plaintiff **LILLIAN MARTIN**, by and through her attorney of record Dana P. Gentry, and in accordance with the Order of this Court of March 13, 2008, files this response to the Defendant's Motion to Dismiss, or, in the alternative, Motion for More Definite Statement. The Plaintiff's shows unto this Court the following:

1. That the Plaintiff underwent surgery to replace her total left hip on November 3, 2005, and was subsequently discharged to Regional Rehabilitation Hospital located in Phenix City, Alabama.

2. That, while the Plaintiff was at the Regional Rehabilitation Hospital, she showed minimal progress, and it was determined that she would require

additional and prolonged rehabilitation to recover from said hip replacement.

3. That, on November 22, 2008, the Plaintiff was transferred and admitted to Canterbury Health Facility.

4. That, prior to the Plaintiff's release from Regional Rehabilitation Hospital, a discharge summary was prepared on November 20, 2005, and on said discharge summary it was noted that the Plaintiff was totally dependent and transfers required four (4) to five (5) people. A copy of the Discharge Summary dated November 20, 2005, is attached hereto, marked as "Exhibit A", and made a part hereof by this specific reference.

5. That, on the date of admission of the Plaintiff to Canterbury Health Facility, documentation revealed that the Plaintiff had the following orders regarding her care:

   a. Physician Orders:
      i. Non-weight bearing left lower extremity;
      ii. No left hip flexion past ninety (90) degrees;
      iii. No internal rotation; and
      iv. No abduction past mid-line.

   b. Nurses Orders:
      i. Nurse to assist with transfers;
      ii. Two-man assistance with transfers; and
      iii. Transfer using transfer board.

   c. Physical Therapy Orders:
      i. Non-weight bearing left lower extremity;

      ii. Hip precautions; and

      iii. Therapy frequency five (5) of seven (7) days per week.

A copy of these orders are attached hereto, marked as "Exhibit B", and made a part hereof by this specific reference.

6. That, in Paragraph 6 of the Plaintiff's initial Complaint for Damages, the Plaintiff averred that the Defendants' negligently and recklessly caused damages and injuries to the Plaintiff by allowing her to fall to the floor, thereby causing her left acetabular component to shift, necessitating surgery. The following is evidence thereof:

    a. That the Plaintiff was being assisted back into her bed without the use of a transfer board, in direct violation of the Nurses Orders listed in Exhibit B attached hereto;

    b. That the Plaintiff was being assisted back into her bed with the assistance of only one (1) person, in direct violation of the Nurses Orders listed in Exhibit B attached hereto;

    c. That the Plaintiff was being assisted back into her bed with the assistance of a CNA, not an actual nurse, in direct violation of the Nurses Orders listed in Exhibit B attached hereto;

    d. That, because the nursing staff was in direct violation of these three (3) Orders listed hereinabove, the Plaintiff was allowed to fall, which caused her to flex to at least a ninety (90) degree angle, causing the injury to the Plaintiff, which is in violation of the Physician's Orders listed in Exhibit B attached hereto; and

e. That, because the nursing staff was in direct violation of these three (3) orders listed hereinabove, the Plaintiff was likely caused to abduct and internally rotate her left lower extremity, causing the injury to the Plaintiff, which is in violation of the Physician's orders listed in Exhibit B attached hereto.

WHEREFORE, the premises considered, the Plaintiff prays that this Honorable Court would take under consideration the facts listed hereinabove and deny the Defendants' Motion to Dismiss, and the Plaintiff prays for such other, further, and different relief as she may be entitled to in fairness.

RESPECTFULLY submitted this 2nd day of April, 2008.

_____
Dana P. Gentry
Attorney for Plaintiff
Alabama Bar No.: GEN008

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for the Plaintiff and that I have this date served the opposing counsel with the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO FOR MORE DEFINITE STATEMENT,** by placing a true and correct copy of the same in the U.S. Mail, postage prepaid, addressed as follows:

**HONORABLE A. EDWIN STUARDI, III
HONORABLE LACEY D. SMITH
ARMBRECHT JACKSON, LLP
P.O. BOX 290
MOBILE, ALABAMA 36601**

This 2nd day of April 2008.

_____
Dana P. Gentry
Attorney for Plaintiff
Alabama Bar No.: GEN008


EXHIBIT
A

Regional Rehabilitation Hospital
3715 Highway 280/431 N.
Phenix City, AL 36867
(334) 732-2200

## DISCHARGE SUMMARY

**PATIENT'S NAME:** Martin, Lillian K.
**ATTENDING PHYSICIAN:** Debra Schilling, M.D.
**REFERRING PHYSICIAN:** Dr. Zimmerman
**CONSULTING PHYSICIAN:** Dr. Carden

**MEDICAL RECORD NO:** 000101903
**HOSPITAL NO:** 000623190
**DATE OF ADMISSION:** 11/07/05
**DATE OF DISCHARGE:** 11/21/05

**HISTORY OF PRESENT ILLNESS:** Ms. Martin is a 63-year-old morbidly obese female who underwent a total hip replacement secondary to collapse of the femoral head on 11/03/05. Due to severe osteoporosis, patient is nonweightbearing. She had a vena cava filter placed at the same time secondary to chronic thrombophlebitis, stasis ulcers and varicose veins. She has pain in the right knee which will have to be replaced in the future. Patient has been in atrial fibrillation and will need a cardiac echo after discharge for workup. She was dependent on admission and on discharge she remains dependent secondary to nonweightbearing status on the left lower extremity, right knee severely arthritic and morbid obesity. She has history of gastric bypass surgery, heel spurs and multiple D&Cs.

**FUNCTIONAL ASSESSMENT:** Nonweightbearing. On admission, patient was transferring with 4-5 persons, dependent.

**REVIEW OF SYSTEMS:** Negative for chest pain and shortness of breath. Positive for anxiety due to her medical condition.

**HISTORY OF REHABILITATION PROGRAM:** During the patient's hospital stay, patient was started off on Lovenox which was switched to Coumadin secondary to atrial fibrillation. She reports being constipated but is having several stools. She was started on Cardizem secondary to atrial fibrillation with rapid response. She has a small area of breakdown on the buttocks. Duoderm was being used. The last INR was 2.26. Patient remains dependent transfers, non-ambulatory, ADLs (activities of daily living) also dependent. She is able to put her makeup on and feed herself. Patient is incontinent of urine.

**DISCHARGE MEDICATIONS:**
1) Cardizem 30 mg 3 x a day.
2) Colace 100 mg daily.
3) Lactulose 30 gm twice daily.
4) Coumadin 7.5 mg on 11/21/05 alternating with 10 mg on 11/22/05.
5) Check INR on Monday and Friday secondary to atrial fibrillation and history of DVT (deep venous thrombosis).
6) Anusol rectally three times a day x 4 days
7) Duoderm, change in three days.
8) Lortab 5 mg, one or two q4-6h.
9) Ambien 5 mg prn.

Continued.............

**DISCHARGE SUMMARY**
Martin, Lillian K.  000101903
Page 2 of 2

**DIET AT THE TIME OF DISCHARGE:** 1800 calorie, no concentrated sweets.

**ALLERGIES:** No known drug allergies.

**PRECAUTIONS/ACTIVITY LEVEL:** Nonweightbearing of the left lower extremity. Hip precautions.

**DISCHARGE DISPOSITION:** Patient is discharged to a nursing home on 11/21/05.

**FOLLOW UP:** Followup with Dr. Zimmerman and Dr. Enumah.

**DISCHARGE DIAGNOSES:**
1) Left hip replacement secondary to total collapse of the hip on 11/03/05.
2) Nonweightbearing.
3) Right knee due to degeneration requires surgery.

**COMORBIDITIES:**
1) Morbid obesity.
2) Thrombophlebitis.
3) Atrial fibrillation with rapid response.
4) DVT (deep venous thrombosis).
5) Vena cava filter placement.
6) Anxiety disorder secondary to multiple medical problems.
7) Status post gastric bypass.
8) Peripheral vascular disease.
9) Multiple heel venous stasis ulcers of the lower extremity.

_____
**Debra Schilling, M.D.**

Cc: George Zimmerman, M.D.
    Lois E. Bronersky-Enumah, M.D.

DD: 11/20/05    DT: 13:47
DT: 11/20/05    TT: 17:55
DS/pg

**REGIONAL REHABILITATION HOSPITAL**

## PHYSICIAN'S ORDERS
### MEDICAL RECORDS

EXHIBIT B

☐ CHECK IF YOU DO NOT PERMIT USING GENERIC EQUIVALENT RRH FORMULARY DRUGS.

DATE 11/20/05   TIME _____

D/C to NH 11/21/05
Diagnoses: ① THR 11/3/05, AFib
  Anxiety related dizziness
  DVT
  Vena Cava Filter
Diet: 1800 Cal ADA No Concentrated Sweets
Allergy: NKDA
Activity: ① LE No Wt Bearing
  No Flex L hip past 90°
  No internal Rotation
  No Adduction Past Med Line
  Use Wedge between Legs at all times
F/U c̄ Dr. Zimmerman Nov 30 10:15
F/U c̄ Dr. Lee's Enema
VS per Shift
Physical Therapy Cont Strengthen Ex'cs all Dept
Please Schedule for echocardiogram
Meds: Cardizem 30mg PO 3xDaily
  Senokot-S Colace 100mg PO Daily
  Lactulose 20gm PO 2xDaily hold [illegible]
  Coumadin 7.5mg PO 11/21/05 alt c̄ / BM
  10mg PO 11/22/05 and
  Continue already
  PT INR Mon [illegible]
  Anusol HC Rectal 3xDay x 4Day
  Ducolax q 3Day
  *Leratab 5 [illegible] PO q4-6h PRN
  Ambien 5mg PO hs PRN

[signatures]

RRH-MD-0505 REV 01-04

*Care Plan*

Name: Lillian Martin                                                                 Location: U

| Problem/Need | Goal & Target Date | Approaches | Role(s) |
|---|---|---|---|
| Problem Onset: 11/21/05 Resident is at risk for falls r/t: | * Injuries from falls will be minimized thru 1/06 | * Assist with transfers prn.<br>* Bed in low position.<br>* Keep call light within reach.<br>* Encourage to wear non-skid shoes/socks when OOB.<br>* Siderails up x2 while in bed.<br>* Attempt to keep room free from clutter. | N<br>AS<br>AS<br>AS<br>AS<br>AS |

- Left total hip Replacement
- decreased mobility
- Dx Obesity
- use of abductor pillow
- h/o DVT
- Osteoporosis (severe)
- h/o collapsed femoral head

Care Plan

Name: Lillian Marten                                    Location: N

| Problem/Need | Goal & Target Date | Approaches | Role(s) |
|---|---|---|---|
| Problem Onset: 11/21/05<br>Resident requires assistance with ADL's r/t:<br><br>— left total hip replacement<br>— Decreased mobility<br>— use of abductor pillow<br>— Dx of obesity<br>osteoarthritis<br>thrombophlebitis<br><br>1/5/06<br>Request to keep personal items at bedside | * Resident will be well groomed & appropriately dressed thru<br><br>2/06 | * Encourage resident to participate in care as much as possible.<br>* Provide assistance only as necessary.<br>* Give verbal cues as needed during ADL activity.<br>* Assist with ROM qam & hs.<br>* ~~Provide~~ Set up personal hygiene.<br>* Nail care prn.<br>* Keep call light within reach.<br>* Allow resident adequate time to do care for self to promote ROM.<br><br>o Assist x 2 man c̄ transfers using transfer board<br>o Assist bed mobility<br>o Resident performs some self care, putting on make, brushing hair.<br><br>1/5/06 may have personal items @ bedside | N<br>N<br>N<br>N<br>N<br>N<br>AS<br>N<br><br><br><br><br>AS |

## INITIAL EVALUATION (REHAB)

| PATIENT'S LAST NAME | FIRST NAME | M.I. | MEDICAL RECORD (Optional) | HICN |
|---|---|---|---|---|
| Martin | Lillian | | 3554 | 625784A |

| FACILITY | TREATMENT DIAGNOSIS | ONSET DATE | SOC DATE |
|---|---|---|---|
| Canterbury Health Facility | 781.2 gait abnormality | 11/3/05 | 11/22/05 |

| TYPE | PRIMARY MEDICAL DIAGNOSIS | PLAN |
|---|---|---|
| ☒ PT  ☐ OT  ☐ SLP | Total hip Replacement V43.64 | PT eval & tx c̄ caregiver traing, functional maintenance program, ther ex, neuro-re-ed, gt. traing and w/c mobility & modalities as needed. |

### PLAN OF TREATMENT FUNCTIONAL GOALS

**GOALS (Short Term)** – duration thru cert period:
1. Pt transfer supine ↔ sit (I)
2. Pt transfer bed ↔ w/c c̄ mod (A), NWB (L)

**OUTCOME (Long Term)**, with D/C, patient will:
1. Pt amb c̄ AD and (I) = 75'
2. Pt transfers bed ↔ w/c (I)

NOV 28 2005

Precautions: NWB (L) LE at present; hip precauti

Potential for Achieving Goals w/ POC: ☐ Excellent ☒ Good ☐ Fair

I CERTIFY THE NEED FOR THESE SERVICES FURNISHED UNDER THIS PLAN OF TREATMENT AND WHILE UNDER MY CARE
PHYSICIAN SIGNATURE / DATE

PHYSICIAN NAME: Carden
FREQ/DURATION: 5 of 7 day/wk x 12wk
CERTIFICATION FROM 11/22/05 THROUGH 2/22/05

### INITIAL ASSESSMENT

**Documented reason for referral:** PT. to see 2° THR on 11/3/05 2° collapse of femoral head.

**Pertinent Medical Hx related to reason for therapy:** 63 yo female who prior to surgery lived alone in apt, underwent THR (L) on 11/3/05. She has PMHx of morbid obesity, thrombo- phlebitis, atrial fib, DVT's, vena cava filter placement, s/p gastric bypass.

**Prior level of function:** Lived alone in apt.

**Pain Management:** Site (L) hip
Level: At Rest 3   With Activity 4   No Pain Complaints ___

**Cognitive Status:**
☒ Able to follow directions w/o problems
☐ Some difficulty but able to participate in Tx with additional verbal/tactile cueing
☐ Difficulty participating in therapy, Tx will focus on nursing / caregiver program

Hearing: ☒ Functional  ☐ Impacts POC
Vision: ☒ Functional  ☐ Impacts POC
Safety Awareness: ☐ N/A ☒ Good ☐ Fair ☐ Poor
Exercise Tolerance: ☐ N/A ☐ Good ☐ Fair ☒ Poor
Other:

**FUNCTIONAL STATUS KEY:**
I=Indep  S=Supervision  CGA=25% Assist  Min=26-50% Assist
Mod=51-75% Assist  Max=76-99% Assist  Total=100% Assist

Bed Mobility: Pt able to roll (L) & (R) c̄ assist for bed positioning.

Transfers: Supine → sit c̄ mod (A) & verbal cues for UE & LE placement. Need (A) to adjust bed.

Strength: (B) UE's 4/5; (R) LE grossly 3/5; (L) LE grossly 3/5 in knee & ankle DF; hip 3/5.

Transfers: Sliding board to (R) c̄ min (A) & verbal cues bed ↔ w/c

**THERAPIST SIGNATURE / DATE** (professional establishing POC)
Martin PT   11/22/05

**LIFE FUNCTIONS IMPAIRED OR AT RISK 2° TO DEFICITS**

**FUNCTIONAL LEVEL** (End of billing period) PROGRESS REPORT
PROGRESS TOWARDS TARGET OUTCOME
☐ CONTINUE SERVICES or ☐ D/C SERVICES

Goal #   Baseline (describe, if not detailed above)  ⇒  Current Level (end of cert period)