UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LILLIAN MARTIN, | * | |
|     Plaintiff, | * | |
| | * | CIVIL ACTION FILE |
| vs. | * | |
| | * | NO.: 3:08-CV-156-T |
| DIVERSICARE LEASING | * | |
| CORPORATION, d/b/a CANTERBURY | * | |
| HEALTH FACILITY, and/or | * | |
| FICTITIOUS DEFENDANTS A, B, C, D, | * | |
| and E, whether singular or plural, that | * | |
| nursing home facility, clinic or other | * | |
| health care facility, and/or its employee, | * | |
| which undertook to provide medical | * | |
| services to the Plaintiff on the occasion | * | |
| made the basis of this suit, the negligence, | * | |
| breach of contract or other actionable | * | |
| conduct of which contributed to cause the | * | |
| damages to the Plaintiff complained of in | * | |
| this civil action, | * | |
|     Defendants, | * | |
| | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff **LILLIAN MARTIN**, by and through her attorney of record Dana P. Gentry, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    To the best knowledge of the Plaintiff's attorney, there are no disclosures to be made with regard to any of the aforementioned reportable entities.

RESPECTFULLY submitted this 2nd day of April, 2008.

_____
Dana P. Gentry
Attorney for Plaintiff
Alabama Bar No.: GEN008

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for the Plaintiff and that I have this date served the opposing counsel with the foregoing **CONFLICT DISCLOSURE STATEMENT** by placing a true and correct copy of the same in the U.S. Mail, postage prepaid, addressed as follows:

**HONORABLE A. EDWIN STUARDI, III
HONORABLE LACEY D. SMITH
ARMBRECHT JACKSON, LLP
P.O. BOX 290
MOBILE, ALABAMA 36601**

This 2nd day of April 2008.

Dana P. Gentry
Attorney for Plaintiff
Alabama Bar No.: GEN008