IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN MARTIN, § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO.: |
| v. § | 3:08-cv-00156-TFM |
| § | |
| DIVERSICARE LEASING § | |
| CORPORATION d/b/a | |
| CANTERBURY HEALTH FACILITY, § | |
| and/or FICTITIOUS DEFENDANTS A, | |
| B, C, D, and E, whether singular or § | |
| plural, that nursing home facility, and/or | |
| its employee, which undertook to provide § | |
| medical services to the Plaintiff on the | |
| occasion made the basis of this suit, the § | |
| negligence, breach of contract or other | |
| actionable conduct which contributed to § | |
| cause the damages to Plaintiff complained | |
| of in this civil action, § | |

## JOINT STIPULATION FOR DISMISSAL

A settlement agreement having been reached as between the parties in this cause of action on or about the 15th day of April, 2008, it is hereby stipulated and agreed by and between the attorneys for the respective parties hereto that it be, and hereby is, dismissed, **WITH PREJUDICE**, as to each and every claim actually made or which could have been made by or against any of the parties to this action, in the Complaint or in any other pleading whatsoever, which claims arise out of the facts and circumstances upon which this action is based. It is further stipulated that each party is to bear their own costs.

Dated this **30**th day of **April, 2008.**

**s/Dana P. Gentry**
DANA P. GENTRY   (GEN008)
dana@danagentry.com
Post Office Box 2369
Phenix City, Alabama 36868-2369
Telephone: (334) 297-5640
Facsimile : (334) 297-5924

Attorney for Plaintiff, Lillian Martin



ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:   (251) 405-1300
Facsimile:    (251) 432-6843

Attorneys for Defendant,
Canterbury Health Facility


By: **A. Edwin Stuardi, III**
    A. Edwin Stuardi, III (STU018)
    aes@ajlaw.com
    Lacey D. Smith   (DAU010)
    lds@ajlaw.com