IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
LILLIAN MARTIN,                )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )      3:08cv156-MHT
                               )
DIVERSICARE LEASING            )
CORPORATION d/b/a              )
Canterbury Health Facility,    )
                               )
    Defendant.                 )
```

                        ORDER

It is ORDERED that the motion to dismiss and alternative motion for more definite statement (doc. no. 5) are denied.

DONE, this the 30th day of April, 2008.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE