IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LILLIAN MARTIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:08cv156-MHT |
| | ) | (WO) |
| DIVERSICARE LEASING | ) | |
| CORPORATION d/b/a | ) | |
| Canterbury Health Facility, | ) | |
| | ) | |
|    Defendant. | ) | |

### JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 16), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice as to each and every claim actually made or could have been made by or against any of the parties to this action, in the complaint or in any pleading whatsoever, which claims arise out of the facts and circumstances upon which this action is based.

It is further ORDERED that the parties will bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of April, 2008.


       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE